IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:11-CR-167-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | **ORDER** |
| v. )<br>)<br>KELLY OSBORNE, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>MCLANE FOODSERVICE, INC., )<br>)<br>Garnishee. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 47) filed March 5, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

The Government reports that "the balance of the assessment, fine, and/or restitution debt has been satisfied." (Document No. 47).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 47) is **GRANTED**.

Signed: March 5, 2024

David C. Keesler
United States Magistrate Judge